MAUREEN E. MCCLAIN (State Bar No. 062050)
Email: mcclain@kmm.com
CHARLES L. THOMPSON IV (State Bar No. 139927)
Email: thompson@kmm.com
KAUFF MCCLAIN & MCGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 421-3111
Facsimile: (415) 421-0938

Attorneys for Defendant
CITY OF SANTA ROSA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES A. MITCHEL,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SANTA ROSA, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. _____<br>(Sonoma County Superior Court Case No. 242901)<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [Civil L.R. 3-16]** |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED:   May 29, 2008

Respectfully submitted,

KAUFF MCCLAIN & MCGUIRE LLP

By: _____
        MAUREEN E. MCCLAIN

Attorneys for Defendant
CITY OF SANTA ROSA

-1-
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [CIVIL L.R. 3-16]   CASE NO. _____ (SONOMA COUNTY SUPERIOR COURT CASE NO. 242901)

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111