MAUREEN E. MCCLAIN (State Bar No. 062050)
Email: mcclain@kmm.com
CHARLES L. THOMPSON IV (State Bar No. 139927)
Email: thompson@kmm.com
KAUFF MCCLAIN & MCGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 421-3111
Facsimile: (415) 421-0938

Attorneys for Defendant
CITY OF SANTA ROSA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES A. MITCHEL,<br><br>            Plaintiff,<br><br>v.<br><br>CITY OF SANTA ROSA, and DOES 1 through 50, inclusive,<br><br>            Defendants. | CASE NO. _____<br>(Sonoma County Superior Court<br>Case No. SCV 242901)<br><br>**CERTIFICATE OF SERVICE** |

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

CERTIFICATE OF SERVICE          CASE NO. _____ (SONOMA COUNTY SUPERIOR COURT CASE NO. SCV 242901)

## CERTIFICATE OF SERVICE BY HAND DELIVERY

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One Post Street, Suite 2600, San Francisco, California 94104. On **May 29, 2008**, I served a true and correct copy of the within documents:

**CIVIL COVER SHEET**

**NOTICE OF REMOVAL 28 U.S.C. Section 1441(b) [FEDERAL QUESTION]**

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [Civil L.R. 3-16]**

on the interested parties in said action by uploading true and correct copies and forwarding via email to **ONE LEGAL** for hand delivery to the parties as follows:

Michael G. Miller
Scott A. Lewis, Esq.
Perry, Johnson, Anderson, Miller & Moskowitz
438 First St., Fourth Floor
Santa Rosa, CA 95402

**Attorneys for Plaintiff**

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **May 29, 2008**, at San Francisco, California.

_JENNIFER A. LLEWELYN_

4838-9184-5890.1

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

CERTIFICATE OF SERVICE

-1-

CASE NO. _____ (SONOMA COUNTY SUPERIOR COURT CASE NO. SCV 242901)