1  MAUREEN E. McCLAIN (State Bar No. 062050)
   Email:  mcclain@kmm.com
2  CHARLES L. THOMPSON IV (State Bar No. 139927)
   Email:  thompson@kmm.com
3  KAUFF, McCLAIN & McGUIRE LLP
4  One Post Street, Suite 2600
   San Francisco, CA  94104
5  Telephone:  (415) 421-3111
   Facsimile:  (415) 421-0938
6
7  Attorneys for Defendant
   CITY OF SANTA ROSA
8
                IN THE UNITED STATES DISTRICT COURT
9
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11
12  JAMES A. MITCHEL,                         No. C 08-02698 EMC

            Plaintiff,
13
                                              **DECLINATION TO PROCEED BEFORE**
      v.                                      **A MAGISTRATE JUDGE**
14
    CITY OF SANTA ROSA, and DOES 1 through         **AND**
15  50, inclusive,                            **REQUEST FOR REASSIGNMENT TO A**
                                              **UNITED STATES DISTRICT JUDGE**
            Defendants.
16                                          /
17
           REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
18
          The undersigned party in the above-captioned civil matter hereby declines to consent to the
19
   assignment of this case to a United States Magistrate Judge for trial and disposition and hereby
20
   requests the reassignment of this case to a United States District Judge.
21
22
   Dated: May 30, 2008                                          /S/
23                                                    Signature
                                                      MAUREEN E. McCLAIN
24                                                          Defendant
                                                      Counsel for City of Santa Rosa
25                                                    (Name of party or indicate "pro se")
26
27
28

4850-3734-9634.1

American LegalNet, Inc.
www.FormsWorkflow.com