United States District Court
For the Northern District of California

1
2
3
4
5
6
7  UNITED STATES DISTRICT COURT
8  NORTHERN DISTRICT OF CALIFORNIA
9
10 JAMES A. MITCHEL,                           Case No. C08-2698 EMC
11         Plaintiff,
12     v.
13 CITY OF SANTA ROSA, et al.,
14
15         Defendants.
                                        /
16
17
18
19 **NOTICE OF IMPENDING REASSIGNMENT TO
20 A UNITED STATES DISTRICT COURT JUDGE**

21     The Clerk of this Court will now randomly reassign this case to a United States District
22 Judge because either:
23     (x)  One or more of the parties has requested reassignment to a United States District
24 Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or
25
26     ( )  One or more of the parties has sought a type of judicial action (e.g., a temporary
27 restraining order) that a United States Magistrate Judge may not take without the consent of all
28 parties, the necessary consents have not been secured, and time is of the essence.

1  Any matters presently set before Magistrate Judge Chen, will be taken off calendar and
2  counsel and/or parties are to contact the courtroom deputy for the reassigned district judge for a new
3  date.

Dated:  June 3, 2008                              Richard W. Wieking, Clerk
                                                  United States District Court


                                                  _____
                                                  By: Betty Fong, Deputy Clerk