## UNITED STATES DISTRICT COURT
### Northern District of California
### 450 Golden Gate Avenue
### San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

### June 4, 2008

**CASE NUMBER: CV 08-02698 EMC**  
**CASE TITLE: JAMES A. MITCHEL-v-SANTA ROSA CITY OF**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Susan Illston** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SI** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 6/4/08

FOR THE EXECUTIVE COMMITTEE:

_____  
Richard W. Wieking  
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies              Special Projects  
Log Book Noted                             Entered in Computer 6/4/08ha

CASE SYSTEMS ADMINISTRATOR:  
Copies to: All Counsel                     Transferor CSA