MAUREEN E. MCCLAIN (State Bar No. 062050)
Email: mcclain@kmm.com
CHARLES L. THOMPSON IV (State Bar No. 139927)
Email: thompson@kmm.com
KAUFF MCCLAIN & MCGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone:   (415) 421-3111
Facsimile:   (415) 421-0938

Attorneys for Defendant
CITY OF SANTA ROSA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES A. MITCHEL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF SANTA ROSA, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | CASE NO.  C 08-02698 SI<br><br>**EX PARTE APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>**DEPT:**　　10, 19th Floor<br>**JUDGE:**　　Hon. Susan Illston<br><br>**COMPLAINT FILED:**　May 22, 2008<br>**TRIAL DATE:**　　No date set. |

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

EX PARTE APPLICATION FOR LEAVE TO FILE UNDER SEAL　　　　　　　　CASE NO. C 08-02698 SI

1  Defendant City of Santa Rosa hereby applies to the Court ex parte for an Order for leave to file under seal the following documents: (1) Declaration of Greg Scoles In Support of Defendant's Special Motion to Strike Portions of Complaint; (2) Notice of Intent to Render Discipline, attached as Exhibit 2 to the Scoles Declaration; (3) Followup Investigation City of Santa Rosa, attached as Exhibit 3 to the Scoles Declaration; (4) Supplement of Notice of Intent to Render Discipline, attached as Exhibit 4 to the Scoles Declaration; (5) Notice of Disciplinary Action, attached as Exhibit 5 to the Scoles Declaration; (6) other documents, such as Memorandum of Points and Authorities, filed in Support of Defendant's Special Motion to Strike, that refer to the specific content of, not in general to, any of the above documents.

Good cause exists for such application. The Scoles Declaration and its exhibits contain information regarding Plaintiff that Plaintiff may wish to remain confidential. The Followup Investigation also identifies specific witnesses and their testimony to an investigator retained by the City. The witnesses' identities and their testimony should remain confidential under seal to protect the witnesses and insulate them from workplace repercussions. The City has need to file these documents because they include evidence upon which the City's Motion to Strike Portions of the Complaint rests.

On the morning and afternoon of June 9, 2008, Defendant City of Santa Rosa provided notice to Scott Lewis, counsel of record for Plaintiff, that it would apply ex parte for an order granting leave to file under seal. Plaintiff's counsel informed Defendant that it would oppose such application. Defendant informed Plaintiff that the Court's standing order required that any opposition be filed immediately.

\\\
\\\
\\\
\\\
\\\

- 1 -

KAUFF McCLAIN & McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

EX PARTE APPLICATION FOR LEAVE TO FILE UNDER SEAL    CASE NO. C 08-02698 SI

1  Defendant respectfully requests that this Court grant Defendant's
2  application for leave to file under seal. Defendant has filed a proposed order for the
3  Court's review.

4
5
6  DATED:     June 11, 2008                    Respectfully submitted,
7                                              KAUFF MCCLAIN & MCGUIRE LLP
8
9                                              By: /s/
10                                                  CHARLES L. THOMPSON IV
11                                             Attorneys for Defendant
                                               CITY OF SANTA ROSA
12
13  4845-5350-1442.1

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

- 2 -

EX PARTE APPLICATION FOR LEAVE TO FILE UNDER SEAL        CASE NO. C 08-02698 SI