MAUREEN E. MCCLAIN (State Bar No. 062050)
Email: mcclain@kmm.com
CHARLES L. THOMPSON IV (State Bar No. 139927)
Email: thompson@kmm.com
KAUFF MCCLAIN & MCGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone:   (415) 421-3111
Facsimile:   (415) 421-0938

Attorneys for Defendant
CITY OF SANTA ROSA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES A. MITCHEL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF SANTA ROSA, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | CASE NO.  C 08-02698 SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CITY OF SANTA ROSA'S MOTION TO STRIKE**<br><br>**DATE:**　August 22, 2008<br>**TIME:**　9:00 a.m.<br>**DEPT:**　Crtrm 10, 19th Floor<br>**JUDGE:**　Hon. Susan Illston<br><br>**COMPLAINT FILED:**　May 22, 2008<br>**TRIAL DATE:**　No date set. |

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

[PROPOSED] ORDER GRANTING DEFENDANT CITY OF SANTA ROSA'S MOTION TO STRIKE

CASE NO. C 08-02698 SI

  Defendant City of Santa Rosa's Motion to Strike Punitive Damages came on for hearing on August 22, 2008, in Courtroom 10 of the above-entitled Court, the Honorable Susan Illston presiding. All parties were represented by counsel.

  The Court has given full consideration to the evidence, points and authorities, oral arguments of each party, and all other evidence presented to the Court on the Motion and finds as follows:

  Plaintiff seeks an award of punitive damages in connection with his third and fourth claims for violation of 42 U.S.C. Section 1983. (Complaint ¶¶ 47, 53.) As a matter of law, punitive damages cannot be awarded against a governmental entity based on alleged violation of 42 U.S.C. Section 1983. *Mitchell v. Dupnik,* 75 F.3d 517, 527 (9th Cir, 1996).

  Plaintiff also seeks an award of punitive damages in connection with his state law claims for breach of confidentiality, violation of the Article 1, Section 1 of the California Constitution, and violation of the California Fair Employment and Housing Act. (Complaint ¶¶ 29, 53, 92.) Plaintiff's claim for punitive damages is barred pursuant to California Government Code section 818, which provides that public entities may not be held liable for damages. *McAllister v. South Coast Air Quality Management Dist.,* 183 Cal.App.3d 653, 661 (1986); Cal. Gov't Code § 818; *also see, Inland Mediation Board v. City of Pomona,* 158 F.Supp.2d 1120, 1158-1159 (C.D. Cal. 2001).

  Defendant's Motion to Strike Plaintiff James A. Mitchel's punitive damages demand is **GRANTED**. Paragraphs 29, 38, 47, 53 and 92 are stricken from the Complaint.

  **IT IS SO ORDERED.**

DATED: _____, 2008      _____
                    JUDGE SUSAN ILLSTON

4815-0843-6994.1

- 1 -

[PROPOSED] ORDER GRANTING DEFENDANT CITY OF SANTA ROSA'S MOTION TO STRIKE   CASE NO. C 08-02698 EMC

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111