MAUREEN E. MCCLAIN (State Bar No. 062050)
Email: mcclain@kmm.com
CHARLES L. THOMPSON IV (State Bar No. 139927)
Email: thompson@kmm.com
KAUFF MCCLAIN & MCGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone:   (415) 421-3111
Facsimile:    (415) 421-0938

Attorneys for Defendant
CITY OF SANTA ROSA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES A. MITCHEL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF SANTA ROSA, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | CASE NO. C 08-02698 SI<br><br>**DECLARATION OF TONI LISONI IN SUPPORT OF DEFENDANT'S SPECIAL MOTION TO STRIKE PLAINTIFF'S COMPLAINT**<br><br>DATE:　　August 22, 2008<br>TIME:　　9:00 a.m.<br>DEPT:　　Courtroom 10, 19th Floor<br>JUDGE:　Hon. Susan Illston<br><br>COMPLAINT FILED: May 22, 2008<br>TRIAL DATE:　　No date set. |

I, Toni Lisoni, declare:

　　　　1.　　I am an attorney licensed to practice before all California courts. I represent several current employees of the Santa Rosa Police Department in claims of discrimination, hostile work environment and retaliation. I have personal knowledge of the facts stated in this declaration and, if called as a witness, would be competent to testify thereto.

　　　　2.　　On March 14, 2008, I signed a confidentiality Agreement, a copy of which is attached as **Exhibit A**, on behalf of myself and my clients, including Kathy Warr.

　　　　3.　　On or about March 15, 2008, I received by overnight delivery a copy of what I understood to be an investigation report relating to the complaints made by my

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DECLARATION OF TONI LISONI IN SUPPORT OF DEFENDANT'S
SPECIAL MOTION TO STRIKE PLAINTIFF'S COMPLAINT

CASE NO. C 08-02698 EMC

clients to the City of Santa Rosa. I never read the report, or any part of it, because I was requested by the City to return the report before it was read and I honored that request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of June, 2008, at Healdsburg, CA.

_____
TONI LISONI

4844-5099-9554.1

# EXHIBIT A

BRIEN J. FARRELL
City Attorney

MATTHEW J. LeBLANC
SUZANNE C. RAWLINGS
MICHAEL J. CASEY
CAROLINE L. FOWLER
MOLLY L. DILLON
VINCENT C. EWING
Assistant City Attorneys

BRUCE LEAVITT
Of Counsel

CITY OF
SANTA ROSA

OFFICE OF THE CITY ATTORNEY
100 Santa Rosa Avenue, Room 8
Santa Rosa, CA 95404
707-543-3040
Fax: 707-543-3055

March 14, 2008

**VIA FACSIMILE AND U.S. MAIL**

Toni Lisoni, Esq.
Law Offices of Toni Lisoni
1725 Canyon Run
Healdsburg, CA 95448

Re:  Santa Rosa Police Department Investigation

Dear Toni:

As part of our continuing efforts to attempt pre-litigation resolution of the claims raised by Ms. Warr, Ms. Holroyd, Lt. Zboralske, and Ms. Selivanoff (hereafter "claimants" or "clients"), we have agreed that we will schedule one or more settlement meeting(s) among the parties near the end of March 2008 (dependent upon when the investigator's report is received) and a mediation thereafter, if the initial meeting(s) do not resolve the matter. In light of this continuing settlement effort, the City agrees (and confirms its agreement in this letter) to provide you with a copy of the investigator's final report ("Report") promptly after it is received and reviewed by City management. We have now received the report and would like to forward the report to you so that you have it before our meeting on Tuesday. Please sign and fax this letter back and we can then either Fed Ex it to you or you could pick it up at our office. It is 166 pages without Exhibits so we would prefer not to fax the report to you.

You agree to share the Report only with your clients named above who will in turn be instructed to treat the report as strictly confidential. That means that neither you nor any of your clients will distribute or discuss the Report outside of the context of settlement meetings and mediation. You and your clients additionally agree that you will not use the Report for any purpose other than settlement discussions, including mediation. You will return the Report to me at the conclusion of the mediation (regardless of outcome), and neither you nor your clients will retain any copy of the Report.



Santa Rosa
All-America City
2007

Toni Lisoni, Esq.
March 14, 2008
Page 2

Nothing in this Agreement is intended to prejudice any party concerning the discoverability of the Report should the parties end their Stand-Still period and are thereafter in litigation. Each party's position regarding the production and/or admissibility of the Report in litigation is fully preserved. We will mark the Report: "Confidential, to be used for Settlement and Mediation Purposes Only. Not to be Distributed".

If this letter accurately confirms our understanding, please sign and date a copy, and return that signed copy to me. Having this Agreement in place will facilitate the provision of the Report to you after it is received by the City.

Very truly yours,

CAROLINE L. FOWLER
Assistant City Attorney

CLF:kv

I have read the above letter and agree to its terms on behalf of the four claimants listed in the above letter.

Dated 3/14/08

Toni Lisoni
Attorney for James Zboralako, Sophia Selivanoff, Kathy Warr; Erin Holroyd

TOTAL P.02