MAUREEN E. MCCLAIN (State Bar No. 062050)
Email: mcclain@kmm.com
CHARLES L. THOMPSON IV (State Bar No. 139927)
Email: thompson@kmm.com
KAUFF MCCLAIN & MCGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 421-3111
Facsimile: (415) 421-0938

Attorneys for Defendant
CITY OF SANTA ROSA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES A. MITCHEL,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF SANTA ROSA, and DOES 1 through 50, inclusive,<br><br>        Defendants. | CASE NO. C 08-02698 SI<br><br>**DECLARATION OF MAUREEN E. McCLAIN IN SUPPORT OF DEFENDANT'S SPECIAL MOTION TO STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT**<br><br>DATE: August 22, 2008<br>TIME: 9:00 a.m.<br>DEPT: Courtroom 10<br>JUDGE: Hon. Susan Illston<br><br>COMPLAINT FILED: May 22, 2008<br>TRIAL DATE: No date set. |

I, Maureen McClain, do hereby declare:

1. I am counsel for the City of Santa Rosa in this matter.

2. I submit this declaration to provide facts concerning Paragraph 22 of the Complaint which alleges that I "admitted" to Plaintiff's counsel that the City allowed Complainants and Lisoni to have a copy of the Kreins March 13, 2008 report.

3. Attached hereto as Exhibit 1 is a true and correct copy of my e-mail to Lewis describing the circumstances of the communication of such report. The attachment referenced in the e-mail is also part of Exhibit 1.

4. I informed Lewis that the City immediately took steps to retrieve the

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DECLARATION OF MAUREEN E. MCCLAIN IN SUPPORT OF DEFENDANT'S
SPECIAL MOTION TO STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT

CASE NO. C 08-02698 SI

1  document after Marty Mayer, counsel for Police Chief Flint, objected, in a conversation
2  with me, to its provision to a complainant and her counsel. At all times during our
3  discussons on this topic, I told Lewis that the City preserved its position that it had a right
4  to provide the report in the circumstances here described. As noted in Exhibit 1, I also
5  cited to Lewis case law holding that there is no private right of action under California
6  Penal Code Section 832.7. Lewis responded by threatening to institute a criminal
7  prosecution against one of the City's lawyers.
8      I declare under penalty of perjury under the laws of the United States of America
9  that the foregoing is true and correct.
10     Executed this 10th day of June 2008, at San Francisco, California.

                                                _____
                                                MAUREEN E. McCLAIN

4846-2440-8578.1

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

- 2 -

DECLARATION OF MAUREEN E. MCCLAIN IN SUPPORT OF DEFENDANT'S
SPECIAL MOTION TO STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT

CASE NO. C 08-02698 SI

**Exhibit 1**

## McClain, Maureen

| | |
|---|---|
| **From:** | McClain, Maureen |
| **Sent:** | Friday, April 11, 2008 5:23 PM |
| **To:** | 'Scott A. Lewis' |
| **Cc:** | 'Fowler, Caroline' |
| **Subject:** | RE: Notice of Representation |
| **Attachments:** | scandoc.pdf |

Scott, Attached is the e-mail received from Ms. Lisoni confirming that neither she nor Ms. Warr had read the report. On 3/14/08, Ms. Warr picked up a copy for transmittal to Ms. Lisoni. A copy was also sent to Ms. Lisoni by overnight mail. Such transmittals were governed by an agreement that the report would be held strictly confidential, for use only in settlement discussions and mediation, and returned at the end of any mediation process. As noted in the attached e-mail, the transmittals were immediately halted, and both copies have been returned to the City with Ms. Lisoni's assurances that they were not read by anyone. I will also forward to you e-mail correspondence I sent to Bob Aaronson on this topic. Regarding your statement today that Capt Mitchel wished to preserve his right to sue the City over such issue, I note that there is no such right to preserve as Penal Code Section 832.7 does not give rise to a private cause of action for damages. See, *Fagan v. The Superior Court* (2003) 111 Cal. App. 4th 607, 614. And, I again emphasize that there has been no disclosure. Thank you for confirming your agreement to the extended date for any Skelly hearing. Given calendaring issues, I would like to preserve a date for the Skelly should one be necessary. I will forward a proposed date to you.

**REDACTED – reference to settlement discussions**

Regards,

Maureen

---

**From:** Scott A. Lewis [mailto:Lewis@perrylaw.net]
**Sent:** Friday, April 11, 2008 4:21 PM
**To:** McClain, Maureen
**Subject:** RE: Notice of Representation

Maureen,

Thank you again for the conversation. I realize I owe confirmation that we agree to the continued Skelly date. I understand from our conversation that Ms. Lisoni was asked to return the investigation package that she and Kathy Warr received on Friday March 14th. Would you kindly send me that confirming correspondence?

Many thanks.

Scott Lewis

---

**From:** McClain, Maureen [mailto:mcclain@kmm.com]
**Sent:** Friday, April 11, 2008 1:03 PM
**To:** Scott A. Lewis
**Subject:** RE: Notice of Representation

Thanks Scott. I look forward to reading the attachment. Maureen

6/10/2008

**From:** JSLT@aol.com [mailto:JSLT@aol.com]
**Sent:** Friday, March 14, 2008 04:57 PM
**To:** Farrell, Brien
**Subject:** Toni Lisoni

Brien,

Kathy Warr has picked up a copy of the Kreins investigation report for me from your office. As I have instructed and she has confirmed, she has not read it, and she will not read it. I will not read it either until I hear from you that it is okay to do so.

Thank you for your attention to this matter.

Toni Lisoni

---

It's Tax Time! Get tips, forms and advice on AOL Money & Finance.

4/11/2008