MAUREEN E. MCCLAIN (State Bar No. 062050)
Email: mcclain@kmm.com
CHARLES L. THOMPSON IV (State Bar No. 139927)
Email: thompson@kmm.com
KAUFF MCCLAIN & MCGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 421-3111
Facsimile: (415) 421-0938

Attorneys for Defendant
CITY OF SANTA ROSA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES A. MITCHEL,<br><br>              Plaintiff,<br><br>v.<br><br>CITY OF SANTA ROSA, and DOES 1 through 50, inclusive,<br><br>              Defendants. | CASE NO. C 08-02698 SI<br><br>**PROOF OF SERVICE**<br><br>**DATE:** August 22, 2008<br>**TIME:** 9:00 a.m.<br>**DEPT:** Courtroom 10, 19th Floor<br>**JUDGE:** Hon. Susan Illston<br><br>**COMPLAINT FILED:** May 22, 2008<br>**TRIAL DATE:** No date set. |

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

PROOF OF SERVICE                                                                 CASE NO. C 08-02698 SI

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One Post Street, Suite 2600, San Francisco, California 94104. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On June 11, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**DECLARATION OF GREG D. SCOLES IN SUPPORT OF DEFENDANT'S SPECIAL MOTION TO STRIKE PORTION SOF THE COMPLAINT (SUBMITTED UNDER SEAL)**

in a sealed envelope, postage fully paid, addressed as follows:

Scott A. Lewis, Esq.
Perry, Johnson, Anderson, Miller & Moskowitz, LLP
438 First Street, Fourth Floor
Santa Rosa, CA  95404

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 11, 2008, at San Francisco, California.

_____
Rita Chavez

4825-6481-2034.1

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

- 2 -

PROOF OF SERVICE                                      CASE NO. C 08-02698 SI