1  MAUREEN E. MCCLAIN (State Bar No. 062050)
   Email: mcclain@kmm.com
2  CHARLES L. THOMPSON IV (State Bar No. 139927)
   Email: thompson@kmm.com
3  KAUFF MCCLAIN & MCGUIRE LLP
   One Post Street, Suite 2600
4  San Francisco, California  94104
   Telephone:   (415) 421-3111
5  Facsimile:    (415) 421-0938

6  Attorneys for Defendant
   CITY OF SANTA ROSA
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 JAMES A. MITCHEL,                          CASE NO.  C 08-02698 SI

12              Plaintiff,                     **DECLARATION OF KATHLEEN
                                               WARR IN SUPPORT OF
13 v.                                          DEFENDANT'S SPECIAL MOTION
                                               TO STRIKE PORTIONS OF
14 CITY OF SANTA ROSA, and DOES 1              PLAINTIFF'S COMPLAINT**
   through 50, inclusive,
15                                             **DATE:**     August 22, 2008
                Defendants.                    **TIME:**     9:00 a.m.
16                                             **DEPT:**     Courtroom 10
                                               **JUDGE:**    Hon. Susan Illston
17
                                               **COMPLAINT FILED:** May 22, 2008
18                                             **TRIAL DATE:** No date set.

19

20

21

22

23

24

25

26

27

28

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DECLARATION OF KATHLEEN WARR IN SUPPORT OF DEFENDANT'S SPECIAL
MOTION TO STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT            CASE NO. C 08-02698 SI

1    I, Kathleen Warr, declare:

2        1.    I am the Technical Services Division Manager for the Santa Rosa

3    Police Department ("SRPD"). As such, I am a member of the SRPD Command Staff. I

4    have personal knowledge of the facts stated in this declaration and, if called as a

5    witness, would be competent to testify thereto.

6        2.    In late December 2007 and early 2008, I and other employees (the

7    "claimants") of the SRPD submitted complaints under the City of Santa Rosa's anti-

8    harassment policy. We are represented by Attorney Toni Lisoni.

9        3.    It is my understanding that the City retained Edward Kreins to

10   investigate the complaints made under the City's anti-harassment policy and to prepare

11   a report concerning the investigation. It also is my understanding that the City agreed to

12   provide Ms. Lisoni and the claimants with a copy of the report in order to facilitate

13   settlement and mediation.

14       4.    On March 14, 2008, in mid-afternoon, after learning that the Kreins

15   report was available, I appeared in the office of the City Attorney at Santa Rosa City Hall

16   for the purpose of receiving the complainants' copy of the Kreins investigation report.

17   Caroline Fowler, Assistant City Attorney, handed me a sealed white envelope that I

18   understood to contain a copy of the report.

19       5.    I returned to SRPD and made two copies of the report. While at

20   SRPD headquarters, I remained in possession of all three copies at all times and no one

21   else read or reviewed any part of any of the copies.

22       6.    During the entire period of time that the Kreins report was in my

23   possession, I reviewed it only briefly and only on March 14, 2008. The only portion of

24   the report that I reviewed was the section in which Kreins stated his conclusion as to

25   each of the allegations. As I recall, this section was towards the end of the report.

26       7.    Later in the afternoon of March 14, 2008, I received a phone call

27   from Ms. Lisoni. Ms. Lisoni instructed me not to read the report and not to give a copy to

28   any of the other complainants.

- 2 -

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DECLARATION OF KATHLEEN WARR IN SUPPORT OF DEFENDANT'S SPECIAL
MOTION TO STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT          CASE NO. C 08-02698 SI

8.      I immediately acted in accordance with Ms. Lisoni's instructions.  I brought all three copies to my residence and did not read or review the report at any time thereafter.

9.      On March 17, 2008, I traveled out-of-state on vacation with all household residents and left the copies of the report at my residence.  I returned later that week.  I possess the only key to my residence and, during the period of my vacation, no one else entered the residence.

10.      On March 24, 2008, I gave the copy of the Kreins report that Ms. Fowler had given me to a courier that I understood to have been sent by the City Attorney's office.  I shredded the other two copies using the shredding machine I own.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10 day of  JUNE , 2008, at SANTA ROSA , California.

KATHLEEN WARR

4822-3719-3474.1

KAUFF McCLAIN &
McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DECLARATION OF KATHLEEN WARR IN SUPPORT OF DEFENDANT'S SPECIAL
MOTION TO STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT

CASE NO. C 08-02698 SI