| | |
|---|---|
| 1 | MICHAEL G. MILLER (SBN: 136491) |
|   | SCOTT A. LEWIS (SBN: 149094) |
| 2 | PERRY, JOHNSON, ANDERSON, |
|   | MILLER & MOSKOWITZ, LLP |
| 3 | 438 First Street, Fourth Floor |
|   | Post Office Box 1028 |
| 4 | Santa Rosa, CA 95404 |
|   | Telephone: (707) 525-8800 |
| 5 | Facsimile: (707) 545-8242 |

Attorneys for Plaintiff JAMES A. MITCHEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES A. MITCHEL, | CASE NO. C 08-02698 SI |
| Plaintiff, | |
| vs. | **CERTIFICATE OF INTERESTED ENTITIES** |
| CITY OF SANTA ROSA, and DOES 1 through 50, inclusive, | |
| Defendants. | |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that, as of this date, other than the named parties, there is no such interest to report.

Respectfully submitted,

DATED: June 16, 2008         PERRY, JOHNSON, ANDERSON,
                             MILLER & MOSKOWITZ LLP

                             /s/ Scott A. Lewis
                             SCOTT A. LEWIS
                             Attorneys for Plaintiff JAMES A. MITCHEL

**Cert. Interest Parties**
**C 08-02698 SI**