1  MICHAEL G. MILLER (SBN: 136491)
   SCOTT A. LEWIS (SBN: 149094)
2  PERRY, JOHNSON, ANDERSON,
   MILLER & MOSKOWITZ LLP
3  438 First Street, Fourth Floor
   Post Office Box 1028
4  Santa Rosa, CA 95404
   Telephone: (707) 525-8800
5  Facsimile: (707) 545-8242

6  Attorneys for Plaintiff JAMES A. MITCHEL

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 JAMES A. MITCHEL,                         CASE NO.  C  08-02698 SI

12          Plaintiff,
                                             **DECLARATION OF SCOTT A. LEWIS
13 vs.                                       IN SUPPORT OF OPPOSITION TO
                                             DEFENDANT CITY OF SANTA
14 CITY OF SANTA ROSA, and DOES 1            ROSA'S EX PARTE APPLICATION TO
   through 50, inclusive,                    FILE UNDER SEAL**
15
            Defendants.
16 _____/

17         I, Scott A. Lewis, do hereby declare:

18         1.    I am counsel for Plaintiff Jamie A. Mitchel in the above matter.

19         2.    I sent an email on June 10, 2008, to Charles Thompson, attorney for Defendants, a

20 copy of which is attached hereto as Exhibit A, asking whether he gave notice to the affected officers

21 that information contained in a confidential report would be disclosed in this federal court

22 proceeding. He did not reply.

23         I declare under penalty of perjury under the laws of the United States of America that the

24 foregoing is true and correct.

25         Executed June 16, 2008, at Santa Rosa, California.

26                                            /s/ Scott A. Lewis
                                              SCOTT A. LEWIS
27

28

**Lewis Decl in Support of Oppo to Ex Parte Motion**
**C 08-02698 SI**                                                                        1