1  MICHAEL G. MILLER (SBN: 136491)
   SCOTT A. LEWIS (SBN: 149094)
2  PERRY, JOHNSON, ANDERSON,
   MILLER & MOSKOWITZ, LLP
3  438 First Street, Fourth Floor
   Post Office Box 1028
4  Santa Rosa, CA 95404
   Telephone: (707) 525-8800
5  Facsimile: (707) 545-8242

6
   Attorneys for Plaintiff JAMES A. MITCHEL
7

8
                           UNITED STATES DISTRICT COURT
9
                          NORTHERN DISTRICT OF CALIFORNIA
10

11  JAMES A. MITCHEL,                        CASE NO.  C  08-02698 SI

12           Plaintiff,                      PLAINTIFF'S OBJECTIONS TO
                                             EVIDENCE SUBMITTED BY
13  vs.                                      DEFENDANT IN SUPPORT OF ITS
                                             MOTION TO DISMISS PLAINTIFF'S
14  CITY OF SANTA ROSA and DOES 1            COMPLAINT, MOTION AND SPECIAL
    through 50,                              MOTION TO STRIKE COUNTS 1 AND 2
15                                           AND 7 THROUGH 11 OF PLAINTIFF'S
             Defendants.                     COMPLAINT AND REQUEST FOR
16  _____/         ATTORNEY'S FEES, AND MOTION TO
                                             STRIKE DEMAND FOR PUNITIVE
17                                           DAMAGES

18                                           Date:     August 22, 2008
                                             Time:     9:00 a.m.
19                                           Location: Courtroom 10, 19th Floor
                                             Judge:    Hon. Susan Illston
20

21       Plaintiff JAMES A. MITCHEL objects to all the evidence submitted by Defendant in its

22  Motion to Dismiss, Special Motion to Strike Counts 1 and 2 and 7 through 11 of the Complaint, and

23  Motion to Strike Demand for Punitive Damages on the grounds that Defendant's said submission of

24  evidence is inherently improper procedurally in Motions to Dismiss/Strike levied against a

25  Complaint.  Captain Mitchel objects overall to Defendant's request to translate this pleading stage to

26  a Motion for Summary Judgment and its submission of evidence in support thereof.  Captain Mitchel

27  further objects more specifically as follows:

28

1. Plaintiff objects to paragraphs 2, 3, 4 and 5 of the Declaration of Greg Scoles in Support of Defendant's Special Motion to Strike Portions of the Complaint on the ground of hearsay.

2. Plaintiff objects to 2:28 through 3:2, 3:6-8 and 4:15-16 of the Declaration of Caroline Fowler in Support of Defendant's Special Motion to Strike Portions of the Complaint on the ground of hearsay. Plaintiff objects to 4:27-5:4 of the Declaration of Caroline Fowler in Support of Defendant's Special Motion to Strike Portions of the Complaint on the ground of lack of foundation.

3. Plaintiff objects to 2:11-13 of the Declaration of Kathleen Warr in Support of Defendant's Special Motion to Strike Portions of the Complaint on the ground of hearsay. Plaintiff objects to Exhibit 4 to the Declaration of Kathy Warr in Support of Defendant's Special Motion to Strike Portions of the Complaint on the grounds of hearsay, lack of foundation and speculation.

DATED: July 30, 2008                    /s/ Scott A. Lewis
                                        SCOTT A. LEWIS
                                        Attorneys for Plaintiff JAMES A. MITCHEL