MAUREEN E. MCCLAIN (State Bar No. 062050)
Email: mcclain@kmm.com
CHARLES L. THOMPSON IV (State Bar No. 139927)
Email: thompson@kmm.com
KAUFF MCCLAIN & MCGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 421-3111
Facsimile: (415) 421-0938

Attorneys for Defendant
CITY OF SANTA ROSA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES A. MITCHEL,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF SANTA ROSA, and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | CASE NO. C 08-02698 SI<br><br>**SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT CITY OF SANTA ROSA'S MOTION TO DISMISS AND SPECIAL MOTION TO STRIKE**<br><br>DATE:　August 22, 2008<br>TIME:　9:00 a.m.<br>DEPT:　Courtroom 10, 19th Floor<br>JUDGE:　Hon. Susan Illston<br><br>COMPLAINT FILED: May 22, 2008<br>TRIAL DATE: No date set. |

　　　　　Defendant City of Santa Rosa hereby requests that the Court take judicial notice of the following documents pursuant to Federal Rule of Evidence 201(b):

　　　　　1)　Charter of the City of Santa Rosa, Section 21: Chief of Police. (Attached hereto as **Exhibit A**).

　　　　　2)　Charter of the City of Santa Rosa, Section 18: City Manager. (Attached as Exhibit 3 to the Declaration of Caroline Fowler).

　　　　　3)　Charter of the City of Santa Rosa, Section 19: City Attorney. (Attached as Exhibit 3 to the Declaration of Caroline Fowler).

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT CITY OF SANTA ROSA'S MOTION TO DISMISS AND SPECIAL MOTION TO STRIKE

CASE NO. C 08-02698 SI

    4)    Charter of the City of Santa Rosa, Section 56: Impartial and Binding Arbitration For Police and Fire Department Employee Disputes. (Attached as Exhibit 1 to the Declaration of Caroline Fowler).

    5)    City of Santa Rosa Personnel Rules and Regulations, Rule 8: Personnel Board Hearings. (Attached as Exhibit 2 to the Declaration of Caroline Fowler).

    6)    Rejection of Claim. (Attached hereto as **Exhibit B**.)

Judicial Notice is sought pursuant to Evidence Code Sections 201(b) and (d) which require the Court to take judicial notice of a fact "not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to source whose accuracy cannot be reasonably questioned." (Fed. Evid. Code § 201(b).)

DATED:    August 8, 2008

Respectfully submitted,

KAUFF MCCLAIN & MCGUIRE LLP

By: /S/
MAUREEN E. MCCLAIN

Attorneys for Defendant
CITY OF SANTA ROSA

4852-9197-3122.1

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

- 2 -

SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT CITY OF SANTA ROSA'S MOTION TO DISMISS AND SPECIAL MOTION TO STRIKE

CASE NO. C 08-02698 SI

**EXHIBIT A**

Santa Rosa City Code
Up     Previous     Next     Main          Search     Print     No Frames
CHARTER of the CITY OF SANTA ROSA CALIFORNIA

### Sec. 21. Chief of Police.

There shall be a Chief of Police appointed by the City Manager. The Chief of Police shall be head of the Police Department of the City and shall have all powers that are now or may hereafter be conferred upon sheriffs and other peace officers by the laws of the state. It shall be the duty of the Chief of Police to preserve the public peace and to suppress riots, tumults and disturbances. The Chief of Police shall have such other powers and duties as may be prescribed by the Council. The Chief of Police shall appoint and remove all subordinates in the department, in accordance with the applicable rules of the City, and shall make rules and regulations for the management of the department.

# EXHIBIT B

July 3, 2008

## NOTICE OF REJECTION OF CLAIM

Scott A. Lewis, Esq.
Perry, Johnson, Anderson, Miller
 & Moskovitz
438 First Street, Fourth Floor
P.O. Box 1028
Santa Rosa, CA 95404

RE: CLAIM OF JAMES A. MITCHEL

NOTICE IS HEREBY GIVEN that the claim which you presented to the City of Santa Rosa on May 22, 2008, was rejected on July 3, 2008.

### WARNING

SUBJECT TO CERTAIN EXCEPTIONS, YOU HAVE ONLY SIX (6) MONTHS FROM THE DATE THIS NOTICE WAS PERSONALLY DELIVERED OR DEPOSITED IN THE MAIL TO FILE A COURT ACTION ON YOUR STATE LAW CLAIMS. SEE GOVERNMENT CODE §945.6. (THIS NOTICE DOES NOT APPLY TO ANY CLAIM YOU MAY HAVE UNDER FEDERAL LAW, AND YOUR TIME FOR FILING AN ACTION ON ANY FEDERAL LAW CLAIM MAY BE LESS THAN SIX MONTHS.)

YOU MAY SEEK THE ADVICE OF AN ATTORNEY OF YOUR CHOICE IN CONNECTION WITH THE MATTER. IF YOU DESIRE TO CONSULT AN ATTORNEY, YOU SHOULD DO SO IMMEDIATELY.

## PROOF OF SERVICE BY MAIL

I declare that:

I am employed in the County of Sonoma, State of California.

I am over the age of eighteen (18) years and not a party to the within entitled cause, my business address is 100 Santa Rosa Avenue, Santa Rosa, California, 95404.

On July 3, 2008, I served the attached:

### NOTICE OF REJECTION OF CLAIM

by placing a true copy therein in a sealed envelope, addressed as follows:

Scott A. Lewis, Esq.
Perry, Johnson, Anderson, Miller
   &amp; Moskovitz
438 First Street, Fourth Floor
P.O. Box 1028
Santa Rosa, CA 95404

I placed such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the City of Santa Rosa's practice for processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on July 3, 2008, at Santa Rosa, California.

_____
Kathy M. Viall