

KAUFF  McCLAIN  &  McGUIRE  LLP

ONE POST STREET · SUITE 2600
SAN FRANCISCO, CA 94104

TELEPHONE (415) 421-3111
TELECOPIER (415) 421-0938

NEW YORK
SAN FRANCISCO
LOS ANGELES
WWW.KMM.COM

August 22, 2008

**E-Filing**

The Honorable Susan Illston
United States District Court
Northern District of California
Courtroom 10, 19th Floor
450 Golden Gate Avenue
San Francisco, California 94102

      Re:    <u>Mitchel v. City of Santa Rosa (Case No. C 08-02698 SI)</u>

Dear Judge Illston:

      This letter is forwarded to provide the Court with case authority pertaining to counsel's argument at today's hearing on the City of Santa Rosa's Special Motion to Strike that a governmental entity lacks standing to bring such a motion pursuant to the anti-SLAPP statute. (Cal. Code of Civ. Proc. Section 425.16.)  There is ample authority that the anti-SLAPP statute treats a government entity as a "person" entitled to its protection. (See e,g., *Visher v. City of Malibu*, 126 Cal.App.4th 364, 818, fn. 1.)

      In addition, we respectfully request that the Court take judicial notice of the enclosed letter from the Sonoma County District Attorney's office dated August 4, 2008.

      Thank you for your consideration of the foregoing.

                    Respectfully submitted,

                      / s /

                    Maureen E. McClain

Enclosure

cc:    Michael G. Miller, Esq. (via email w/enclosure)

4820-7861-6834.1



**STEPHAN R. PASSALACQUA**
**SONOMA COUNTY DISTRICT ATTORNEY**

600 ADMINISTRATION DRIVE, 212-J    SANTA ROSA, CA 95403    (707) 565-2311

August 4, 2008

Kauff, McClain & McGuire, LLP
Attn: Maureen E. McClain, Esq.
One Post Street, Suite 2600
San Francisco, CA 94104

RE: Disclosure of Peace Officer Personnel Files

Dear Ms. McClain:

We have carefully considered all relevant documents related to the complaint of James Mitchell alleging the disclosure of peace officer personnel files. Specifically, an objection to the disclosure pursuant to Penal Code Section 832.7, and the applicability of Government Code Section 1222.

After a thorough review and analysis of the applicable Attorney General's opinion, case law, statutes and legislative purposes, we have determined that a misdemeanor violation of Government Code Section 1222 has not taken place and the proper venue for that claim remains in civil court with the pending lawsuit.

Very truly yours,
STEPHAN R. PASSALACQUA, District Attorney

DIANA GOMEZ
Assistant District Attorney

DG/jvz