UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 8/22/08

Case No.   C-08-2698SI           Judge:   SUSAN ILLSTON

Title: JAMES MITCHEL -v- SANTA ROSA

Attorneys: M. Miller        M. McClain

Deputy Clerk: Tracy Sutton   Court Reporter: C. Kuhl

## PROCEEDINGS

1)   Defendant's Motion to Dismiss and to Strike - HELD

2) _____

3) _____

Order to be prepared by:  ( )Pltf   ( )Deft   ( X )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   (X) SUBMITTED
                                  PART

Case continued to ___ @ 2:30 p.m. for Further Case Management Conference

Case continued to ___ @ 9:00 a.m.  for Motions
(Motion due , Opposition  Reply )

Case continued to ___ @ 3:30 p.m. for Pretrial Conference

Case continued to ___ @ 8:30 a.m. for Trial (: Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING: