1  MAUREEN E. MCCLAIN (State Bar No. 062050)
   Email: mcclain@kmm.com
2  CHARLES L. THOMPSON IV (State Bar No. 139927)
   Email: thompson@kmm.com
3  KAUFF MCCLAIN & MCGUIRE LLP
   One Post Street, Suite 2600
4  San Francisco, California  94104
   Telephone:   (415) 421-3111
5  Facsimile:   (415) 421-0938

6  Attorneys for Defendant
   CITY OF SANTA ROSA

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 JAMES A. MITCHEL,                            CASE NO.  C 08-02698 SI

12              Plaintiff,                     **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DATES**

13 v.

14 CITY OF SANTA ROSA, and DOES 1
   through 50, inclusive,
15
                Defendants.                    **COMPLAINT FILED:** May 22, 2008
16                                             **TRIAL DATE:** No date set.

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE
MANAGEMENT CONFERENCE AND RELATED DATES

CASE NO. C 08-02698 SI

On May 11, 2008, Plaintiff James A. Mitchel filed a complaint in Superior Court of California, County of Sonoma, against Defendant City of Santa Rosa. The complaint alleged various claims, including (1) breach of duty of confidentiality; (2) violation of California Constitution (privacy); (3) violation of 42 U.S.C. § 1983 (right to privacy); (4) violation of 42 U.S.C. § 1983 (due process); (5) conspiracy to violate civil rights under § 1983 (due process); (6) conspiracy to violate civil rights under § 1983 (privacy); (7) negligent infliction of emotional distress; (8) intentional infliction of emotional distress; (9) intentional interference with prospective economic advantage; (10) municipal liability; and (11) gender discrimination.

Defendant removed the matter to federal court. On June 11, 2008, Defendant filed a Special Motion to Strike pursuant to California's anti-SLAPP (Strategic Lawsuit Against Public Participation) statute, California Code Civ. Proc. § 425.16. Also on June 11, 2008, Defendant filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).

On August 22, 2008, The Court heard argument on the Special Motion to Strike and Motion to Dismiss. The Court took the motions under advisement and has not as of the date of this Stipulation and [Proposed Order] ruled on said motions.

A Case Management Conference in this matter has been set for October 3, 2008. Relatedly, the parties must complete their FRCP 26(f) conference no later than September 12, 2008, and also select an ADR process.

Because Defendant's Special Motion to Strike and Motion to Dismiss are under submission, the parties will not be able to meaningfully prepare a Case Management Conference Statement. Nor will they be able to meaningfully develop initial disclosures pursuant to FRCP 26 or participate in Alternative Dispute Resolution.

Good cause appearing therefore, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant through their designated counsel that the Case Management Conference scheduled for October 3, 2008, be continued to November 14, 2008, or to a date otherwise convenient to the court, and that all related dates also be

- 2 -

KAUFF McCLAIN & McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DATES

CASE NO. C 08-02698 SI

continued, including dates for FRCP 26 disclosures and selecting and participating in ADR.

DATED: September 12, 2008      KAUFF MCCLAIN & MCGUIRE LLP


By: _____/ S /_____
        CHARLES L. THOMPSON IV

Attorneys for Defendant
CITY OF SANTA ROSA

DATED: September 12, 2008      PERRY, JOHNSON, ANDERSON, MILLER & MOSKOWITZ, LLP


By: _____/ S /_____
        SCOTT A. LEWIS

Attorney for Plaintiff
JAMES A. MITCHEL

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: 9/15/08            Wm. Alsup for

_____
SUSAN ILLSTON
United States District Judge

4835-8542-5411.1