IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES A. MITCHEL, | No. C 08-02698 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CITY OF SANTA ROSA, | |
| Defendant. | |

Plaintiff's complaint has been dismissed for failure to state a claim and lack of jurisdiction. Judgment is hereby entered accordingly, without prejudice to filing a new complaint should plaintiff's administrative remedies be properly exhausted.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: October 7, 2008

SUSAN ILLSTON
United States District Judge